UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA,        :
        :
        -v-        :        25-MJ-3277 (LJL)
        :
WILBERT WHITTINGTON,        :        <u>ORDER</u>
        :
        Defendant.        :
        :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court will hear the appeal from Magistrate Judge Moses' bail determination tomorrow at 1:30 p.m in Courtroom 15C at the 500 Pearl Street Courthouse. Mr. Whittington's release on conditions is stayed pending a determination on the bail appeal.

      SO ORDERED.

Dated: October 30, 2025
      New York, New York

                                                        LEWIS J. LIMAN
                                                       United States District Judge